JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Santa D.,** | ) **NO. CV 22-7290 (KS)** |
| **Plaintiff,** | ) |
| | ) |
| | ) **JUDGMENT** |
| **v.** | ) |
| | ) |
| **MARTIN J. O'MALLEY,** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |
| ———————————————— | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and that the above-captioned action is dismissed with prejudice.

DATED: March 4, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE